1  JOHN M. SORICH (CA Bar No. 125223)
   john.sorich@piblaw.com
2  RAFAEL GARCIA-SALGADO (CA Bar No. 283230)
   rafael.garcia@piblaw.com
3  PARKER IBRAHIM & BERG LLC
   695 Town Center Drive, 16th Floor
4  Costa Mesa, California 92626
   Tel:  (714) 361-9550
5  Fax: (714) 784-4190

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

10

11

12  ALI RANKANKAN,                          **CASE NO.:** 4:16-cv-1694-JCS_____

13          Plaintiff,                      **JUDGE:**   Joseph C. Spero

14  v.                                      **JOINT STIPULATION TO EXTEND
                                            DATE TO FILE RESPONSIVE
15                                          PLEADING TO PLAINTIFF'S
    J.P.MORGAN CHASE BANK, N.A.,            COMPLAINT
16  successor in interest to WASHINGTON
    MUTUAL BANK, F.A.; U.S. BANK,
17  N.A., successor in interest to          **ACTION FILED:**   March 4, 2016
    GREENPOINT MORTGAGE
18  FUNDING, INC.; MTC FINANCIAL            **REMOVED:**        April 4, 2016
    INC., a California Corporation doing
19  business as TRUSTEE CORPS; ALL
    PERSONS UNKNOWN, CLAIMING
20  ANY LEGAL OR EQUITABLE RIGHT,
    TITLE, ESTATE, LIEN, OR INTEREST
21  IN THE PROPERTY DESCRIBED IN
    THE COMPLAINT ADVERSE TO
22  PLAINTIFF'S TITLE, OR ANY CLOUD
    ON PLAINTIFF'S TITLE THERETO,
23  and DOES 1 through 20, inclusive,

24

25          Defendants.

26

27

28

{00590845.DOCX }                    1
JOINT STIPULATION EXTENDING THE DEMURRER/DISPOSITIVE MOTION DEADLINE

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This stipulation ("Stipulation") is entered into by the undersigned counsel for defendant JPMorgan Chase Bank, N.A., ("Chase" or "Defendant"), and the undersigned counsel for plaintiff Ali Rankankan ("Plaintiff") (together with Defendant, the "Parties").

### RECITALS

WHEREAS, on March 4, 2016, Plaintiff filed a Complaint in Contra Costa Superior Court in the case entitled *Rankankan v JPMorgan Chase Bank, N.A., et al*, Case No. C16-00405.

WHEREAS, on April 4, 2016, Defendant filed a Notice of Removal with this Court.

WHEREAS, April 11, 2016 is currently Defendant's last date to file a responsive pleading to Plaintiff's Complaint.

WHEREAS Plaintiff has agreed to extend Defendant's deadline for filing a responsive pleading.

### AGREEMENT

FOR ADEQUATE CONSIDERATION, THE SUFFICIENCY OF WHICH IS ACKNOWLEDGED, AND FOR GOOD CAUSE, THE PARTIES STIPULATE AS FOLLOWS:

[SIGNATURES ON FOLLOWING PAGE]

/ / /

1    1.    The Parties agree that Defendant's deadline to file a responsive pleading

2   shall be extended through and including April 20, 2016.

3        **IT IS SO STIPULATED**.

4

5   DATED: April 11, 2016        PARKER IBRAHIM & BERG LLC

6

7                    By:/s/*Rafael R. Garcia-Salgado*
                        JOHN SORICH
8                       RAFAEL R. GARCIA-SALGADO
                        Attorneys for JPMorgan Bank, N.A.
9

10   DATED: April  11 , 2016       LAW OFFICES OF THOMAS EASTRIDGE

11

12                   By:/s/*Thomas Eastridge*
                        THOMAS EASTRIDGE
13                      Attorneys for Plaintiff
                        ALI RANKANKAN

14                      *[E-Signature authorized on April 11, 2016]*

15
                        The Filing Attorney attests that all other
16                      Signatories listed, and on whose behalf
                        the filing is submitted, concur in the filing's
17                      content and have authorized the filing.
                        *See* N.D. Cal. Civ. L.R. 5-1(i)(3).

18

19

20   Dated: April 18, 2016

21                    IT IS SO ORDERED

22                    Judge Joseph C. Spero

23                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA

24

25

26

27

28

**PROOF OF SERVICE**

3

**JOINT STIPULATION EXTENDING THE DEMURRER/DISPOSITIVE MOTION DEADLINE**

{00590845.DOCX }

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*Ali Rankankan v. JPMorgan Chase Bank, N.A.*
USDC Northern District (Oakland) Case No.: 4:16-cv-01694

    I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **Parker Ibrahim & Berg LLC, 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626**.

    On April 11, 2016, I served the foregoing document described as **JOINT STIPULATION TO EXTEND DATE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

    **SEE ATTACHED SERVICE LIST**

☐    **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626.  The envelope was mailed with postage thereon fully prepaid.

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

    **BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:**  I Tele-Faxed a copy of the original document to the above facsimile numbers.

☒    **BY OVERNIGHT MAIL:**  I deposited such documents at the Golden State Overnight or Federal Express Drop Box located at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626.  The envelope was deposited with delivery fees thereon fully prepaid.

☒    **BY CM/ECF ELECTRONIC DELIVERY:**  In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☒    (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

    Executed on April 11, 2016, at Costa Mesa, California.

/s/ *Katherine Edwards*

Katherine Edwards

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**SERVICE LIST**</u>
*Ali Rankankan v. JPMorgan Chase Bank, N.A.*
USDC Northern District (Oakland) Case No.: 4:16-cv-01694

Thomas Eastridge. Esq/                        T  510.530.1700
Law Offices of Thomas Eastridge              F  510.530.8067
1425 Leimert Blvd., Suite 400
Oakland, CA 94602                            *Attorney for Plaintiff*
                                             *Ali Rankankan*

Richard J. Reynolds, Esq.
Burk, Williams & Sorensen, LLP
1851 East First St., Suite 1550              *Attorneys for Defendant*
Santa Ana, CA 92705-4067                     *MTC Financial dba Trustee Corps*

Tanya C. McCullah, Esq.
Zieve, Brodnax & Steele, LLP
30 Corporate Park, Suite 450                 *Attorneys for Defendant*
Irvine, CA 92606                             *U.S. Bank*

<u>**VIA OVERNIGHT**</u>
Chief Magistrate Judge  Joseph C. Spero
San Francisco Courthouse, Courtroom G – 15th Flr
450 Golden Gate Avenue
San Francisco, CA  94102

**JOINT STIPULATION EXTENDING THE DEMURRER/DISPOSITIVE MOTION DEADLINE**