UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI RANKANKAN,<br><br>            Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>            Defendants. | Case No. 16-cv-01694-JCS<br><br>**ORDER CONTINUING HEARING DATES**<br><br>Re: Dkt. Nos. 14, 16, 17 |

Three motions are currently pending in this action: Defendant MTC Financial, Inc.'s Motion to Dismiss (dkt. 14) noticed for June 3, 2016; Plaintiff Ali Rankankan's Motion for Preliminary Injunction (dkt. 16) noticed for June 3, 2016; and Rankankan's Motion to Remand (dkt. 17) noticed for June 10, 2016. The hearings for all pending motions are hereby CONTINUED to **June 17, 2016 at 9:30 AM**.

The temporary restraining order imposed by the state court shall remain in effect until the Court resolves the pending Motion to Dismiss and Motion for Preliminary Injunction, or if the case is remanded, until further action by the state court.

**IT IS SO ORDERED.**

Dated: May 12, 2016

JOSEPH C. SPERO
Chief Magistrate Judge